UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICHARD LESTER,

      Plaintiff,

v.                                                 Case No. 8:21-cv-848-AEP

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

      Defendant.
_____/

**ORDER**

This cause comes before the Court on Plaintiff's Unopposed Motion for Attorney Fees and Costs (Doc. 21). By the motion, Plaintiff seeks attorney's fees in the amount of $8,208.79, expenses in the amount of $21.00, and costs in the amount of $402.00, pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). On March 24, 2022, this Court entered an Order granting the Commissioner's Motion to Remand and reversing and remanding the case to the Commissioner for further administrative proceedings (Doc. 19). Thereafter, the Clerk entered judgment in favor of Plaintiff (Doc. 20). As the prevailing party, Plaintiff now requests an award of attorney's fees, costs, and expenses. *See* 28 U.S.C. § 2412(d)(1)(A); *cf. Shalala v. Schaefer*, 509 U.S. 292, 300-02 (1993) (concluding that a party who wins a sentence-four remand order under 42 U.S.C. § 405(g) is a prevailing party), *superseded by rule on other grounds*, Fed. R. Civ. P. 58(c)(2)(B).

The Commissioner does not oppose the requested relief. After issuance of an order awarding EAJA fees, however, the United States Department of the Treasury will determine whether Plaintiff owes a debt to the government. If Plaintiff has no discernable federal debt, the government will accept Plaintiff's assignment of EAJA fees and pay the fees directly to Plaintiff's counsel. For the reasons set out in Plaintiff's motion, therefore, it is hereby

ORDERED:

1. Plaintiff's Unopposed Motion for Attorney Fees (Doc. 21) is GRANTED.

2. Plaintiff is awarded fees in the amount of $8,208.79.

3. Plaintiff is awarded costs in the amount of $402.00.

4. Plaintiff is awarded expenses in the amount of $21.00.

DONE AND ORDERED in Tampa, Florida, on this 24th day of June, 2022.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:    Counsel of Record